The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID A. LARSON, <br><br> Plaintiff, <br><br> v. <br><br> JAY INSLEE, individually and as the governor of the State of Washington, DR. JEFF DUNCHIN, individually and as the King County Health Officer, <br><br> Defendants. | NO. 2:21-cv-01596-BJR <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT |

For good cause shown, Defendants' deadline to answer or respond to Plaintiff's Complaint is extended to January 7, 2022

IT IS SO ORDERED.

ISSUED this 20th day of December, 2021.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEFENDANTS'
TIME TO RESPOND TO COMPLAINT
NO. 2:21-CV-01596-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

| | |
|---|---|
| Presented by:<br><br>ROBERT W. FERGUSON<br>Attorney General<br><br>*/s/ Cristina Sepe*<br>SPENCER W. COATES, WSBA #49683<br>CRISTINA SEPE, WSBA #53609<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Spencer.Coates@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br><br>*Attorneys for Defendant Jay Inslee*<br><br>DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br><br>*/s/ Ann M. Summers*<br>ANN M. SUMMERS, WSBA #21509<br>Senior Deputy Prosecuting Attorney<br>1191 Second Avenue, Suite 1700<br>Seattle, WA 98101<br>(206) 296-0430<br>ann.summers@kingcounty.gov<br><br>*Attorney for Defendant Jeff Duchin*<br><br>JESSICA A. SKELTON, WSBA #36748<br>ZACHARY PEKELIS JONES, WSBA #44557<br>KAI A. SMITH, WSBA #54749<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>(206) 245-1700<br>Jessica.Skelton@pacificalawgroup.com<br>Zachary.Pekelis.Jones@pacificalawgroup.com<br>Kai.Smith@pacificalawgroup.com<br><br>*Attorneys for Defendants* | */s/ Simon Peter Serrano*<br>SIMON PETER SERRANO, WSBA #54769<br>Silent Majority Foundation<br>5426 N. Rd. 68, Suite D, Box 105<br>Pasco, WA 99301<br>(530) 906-9666<br>pete@silentmajorityfoundation.org<br><br>*Attorney for Plaintiff*<br><br>DAVID A. LARSON, Pro Se, WSBA #14999<br>P.O. Box 24626<br>Federal Way, WA 98093<br>judgedavelarson@gmail.com<br><br>*Pro se Plaintiff with the assistance of counsel* |

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEFENDANTS'
TIME TO RESPOND TO COMPLAINT
NO. 2:21-CV-01596-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744