The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID A. LARSON,<br><br>    Plaintiff,<br><br>v.<br><br>JAY INSLEE, individually and as the Governor of the State of Washington, DR. JEFF DUNCHIN, individually and as the King County Health Officer,<br><br>    Defendants. | NO. 2:21-cv-01596-BJR<br><br>FED. R. CIV. P. 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER |

    The parties, through their undersigned counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims and parties, with each party bearing their own attorneys' fees and costs.

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE AND
ORDER
NO. 2:21-CV-01596-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  DATED this 2nd day of March 2022.

2

3  PACIFICA LAW GROUP LLP

SILENT MAJORITY FOUNDATION

4  *s/ Zachary J. Pekelis*
JESSICA A. SKELTON, WSBA #36748
ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1700
Jessica.Skelton@pacificalawgroup.com
Zach.Pekelis@pacificalawgroup.com
Kai.Smith@pacificalawgroup.com

*s/ Simon Peter Serrano*
SIMON PETER SERRANO, WSBA #54769
5426 N. Rd. 68, Suite D, Box 105
Pasco, WA 99301

*Attorney for Plaintiff David Larson*

David A. Larson, *Pro Se*, WSBA #14999
P.O. Box 24626
Federal Way, WA 98093

*Attorneys for Defendants*

*Pro se Plaintiff with the assistance of counsel*

ROBERT W. FERGUSON
Attorney General

*s/ Spencer W. Coates*
SPENCER W. COATES, WSBA #49683
CRISTINA SEPE, WSBA #53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Spencer.Coates@atg.wa.gov
Cristina.Sepe@atg.wa.gov

*Attorneys for Defendant Governor Jay Inslee*

DANIEL T. SATTERBERG
King County Prosecuting Attorney

*s/ Ann M. Summers*
ANN M. SUMMERS, WSBA #21509
Senior Deputy Prosecuting Attorney
1191 Second Avenue, Suite 1700
Seattle, WA 98101
(206) 296-0430
Ann.Summers@kingcounty.gov

*Attorneys for Defendant Dr. Jeffrey Duchin*

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE AND ORDER
NO. 2:21-CV-01596-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**ORDER OF DISMISSAL**

Pursuant to the stipulation and notice of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this matter be dismissed without prejudice as to all claims and parties, with each party bearing their own attorneys' fees and costs. All existing dates and deadlines in this matter are hereby vacated. The Clerk is directed to close the file.

Dated: March 7, 2022

<pre>
                    s/Barbara J. Rothstein
                    Barbara Jacobs Rothstein
                    U.S. District Court Judge
</pre>

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE AND
ORDER
NO. 2:21-CV-01596-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744